**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**EDWIN RAY SALGADO,**

    **Plaintiff,**

**vs.**                                                **CASE NO.**

**LOOMIS ARMORED US, LLC,**

    **Defendant.**

## DEFENDANT'S NOTICE OF REMOVAL

Defendant LOOMIS ARMORED US, LLC, ("Loomis Armored" or "Defendant"), by and through its undersigned attorneys and pursuant to 28 U.S.C. §§ 1331, 1441(a) and 1446, respectfully files this Notice of Removal giving notice that it is removing this civil action to the United States District Court for the Middle District of Florida, Jacksonville Division. In support of this Notice of Removal, Defendant states as follows:

### I. PROCEDURAL HISTORY

1. On or about July 13, 2016, Plaintiff Edwin Ray Salgado ("Plaintiff") filed a Complaint in the Circuit Court of the Fourth Judicial Circuit, in and for Duval County, Florida, entitled *Edwin Ray Salgado v. Loomis Armored US, LLC,* designated Case No. 2016-CA-4633 (hereafter referred to as the "State Court Action"). In the Complaint, Plaintiff brought a cause of action based on the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201-209.

2. On August 5, 2016, Defendant was served with a Summons and Complaint by process service.  A copy of the Notice of Service of Process is attached hereto as **Exhibit "A."**

3. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), within thirty-days (30) from the date on which the summons was served.  No orders have been signed by the state judge presiding over this action, and there are no pending motions.  (Copies of all pleadings and other papers or exhibits of every kind on file in the State Court Action are attached hereto as **Exhibit "B."**)

## II. THIS ACTION IS REMOVABLE BECAUSE THIS COURT HAS FEDERAL QUESTION JURISDICTION.

4. This action is within the original federal question jurisdiction of the United States District Court, pursuant to 28 U.S.C. § 1331, because Plaintiff has asserted claims under the FLSA.

## III. NOTICE AND TIMELINESS

5. This petition and notice thereof has been given to Plaintiff, and has been filed with the Clerk of the Circuit Court of the Fourth Judicial Circuit in and for Duval County, within thirty days of the date service was deemed effected and is therefore timely according to 28 U.S.C. § 1446.  *See Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999).

6. The required filing fee of $400.00 and an executed civil cover sheet accompany this Notice.

WHEREFORE, Defendant respectfully removes this action, pending in the Fourth Circuit Court of Duval County, Florida to the United States District Court in the Middle District Court of Florida, Jacksonville Division.

Dated: August 24, 2016.

LITTLER MENDELSON, P.C.
111 North Magnolia Avenue
Suite 1250
Orlando, Florida 32801
Telephone:   407.393.2900
Facsimile:   407.393.2929

BY: */s/ Melanie A. Zaharias*
Anthony J. Hall, Esquire
Florida Bar No.: 0040924
Email: ajhall@littler.com

Melanie A. Zaharias, Esquire
Florida Bar No.: 0036828
Email: mzaharias@littler.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the E-File system and a correct copy of the foregoing has been furnished by the court via electronic mail to: Paul Shorstein, Esquire, Shortein, Lasnetski & Gihon, LLC, 6550 St. Augustine, Florida 32217, paul@jaxtriallaw.com, on this 24th day of August, 2016.

*/s/ Melanie A. Zaharias*
Melanie A. Zaharias, Esquire

Firmwide:142220404.1 028378.1193